RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA  95353-3051
TELEPHONE (209) 576-1954

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MICHAEL B HAEFLINGER<br>SHIELA L HAEFLINGER<br>　　　　　Debtor(s). | Case No.:    15-90754<br><br>D.C. No.:    DCJ-1<br><br>CHAPTER 13 PROCEEDING<br><br>DATE:        MARCH 7, 2017<br>TIME:        10:00 AM<br>DEPT.:       D |

CHAPTER 13 STANDING TRUSTEE'S OPPOSITION TO
DEBTORS' MOTION TO SHORT SELL PROPERTY

　　　　RUSSELL D. GREER, Chapter 13 Trustee in the above referenced matter, opposes Debtors' Motion to Short Sell Property on the following grounds:

　　　　1.　　　Debtors have failed to indicate the impact of the sale on their plan.  They have not indicated where they will live after the sale, or the rent due upon moving.  Additionally, Debtors have failed to indicate when they ceased making house payments. Ocwen Loan Services is provided for in Class 4 of the existing plan and the amount paid each month is $2,188.00.

　　　　Trustee consents to the Court's resolution of disputed material factual issues pursuant to FRCivP 43(e) as made applicable by FRBP 9017.

　　　　**WHEREFORE**, the Trustee requests that the court deny Debtors' Motion to Short Sell Property.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: 02/13/2017　　　　　　　　　　　　/S/ LORRAINE W. CROZIER
　　　　　　　　　　　　　　　　　　　　　　　　LORRAINE W. CROZIER, Attorney for
　　　　　　　　　　　　　　　　　　　　　　　　RUSSELL D. GREER,
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Standing Trustee

-1-